**THE LAW FIRM OF JEFFREY S. DWECK, P.C.**
Jeffrey S. Dweck, Esq. (JD-6658)
43 West 33rd Street – Suite 304
New York, New York 10001
212-967-0500

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GENERATION NEXT FASHIONS, LTD.,

         Plaintiff,

 -against-

JP MORGAN CHASE BANK, N.A. and
SPORTLIFE BRANDS LLC,

         Defendants.

Case No. 21-CV-9266 (LJL)

**ANSWER WITH AFFIRMATIVE DEFENSES**

**A JURY TRIAL IS DEMANDED**

Defendant Sportlife Brands LLC ("Sportlife"), by its attorneys, The Law Firm of Jeffrey S. Dweck, P.C., for its response to the Crossclaim of Defendant JPMorgan Chase Bank, N.A. ("Chase"), alleges as follows:

1. Defendant denies knowledge or information sufficient to form a belief as to the truth of the factual allegations contained in Paragraphs 1 though the 17 of the Defendant Chase's Crossclaims.

### AND AS FOR DEFENDANTS' AFFIRMATIVE DEFENSES

The affirmative defenses set forth in defendant Sportlife's Answer and Affirmative Defenses are incorporated by reference herein.

WHEREFORE defendants respectfully request this honorable court:

(a) Dismiss co-defendant CHase's cross claim against defendant with prejudice in its entirety; and

(b) Grant defendants any and all other relief this Court may deem just and proper.

Dated: New York, New York
    January 7, 2021

Respectfully,

**THE LAW FIRM OF JEFFREY S. DWECK, P.C.**
*Attorneys for Defendant*
*SPORTLIFE BRANDS LLC*

By: Jeffrey S. Dweck, Esq. (JD 6658)
43 West 33rd Street, Suite 304
New York, New York 10001
212-967-0500
Email: jeffrey@dweckny.com

To:   Morris & Singer LLP
      The Chrysler Building
      405 Lexington Avenue
      New York, New York 10174-1299
      212-554-7800

      Weiner Law Group LLP
      90 Broad Street, Suite 1800
      New York, New York 10004
      Telephone:  646-273-0275