```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GENERATION NEXT FASHIONS LTD.,

                    Plaintiff,

          -v-

JP MORGAN, et al.,

                   Defendants.
------------------------------------------------------------------X

21-cv-9266 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     As discussed at the case management conference today, discovery is hereby STAYED pending resolution of the motion to dismiss. The parties are directed to submit a proposed Case Management Plan and Scheduling Order within two weeks after a decision on the motion is rendered. Opposition papers to the motion to dismiss shall be submitted by July 22, 2022. Reply papers shall be submitted by September 2, 2022.

     SO ORDERED.

Dated: June 10, 2022
      New York, New York

                                                        LEWIS J. LIMAN
                                                United States District Judge