```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GENERATION NEXT FASHIONS, LTD,                                    :
                                                                  :
                         Plaintiff,                               :
                                                                  :     21-cv-09266 (LJL)
          -v-                                                     :
                                                                  :         ORDER
JP MORGAN CHASE BANK, N.A. et al,                                 :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The Court has received the proposed notice of voluntary dismissal as to Defendant Ahsan Habib, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 67. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant Ahsan Habib with prejudice and with each party to bear their own costs and fees.

    The Clerk of Court is respectfully directed to terminate Defendant Ahsan Habib.

    SO ORDERED.

Dated: January 31, 2023
       New York, New York

                                                LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023