```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
GENERATION NEXT FASHIONS LTD.,                                       :
                                                                     :
                        Plaintiff,                                   :
                                                                     :       21-cv-9266 (LJL)
        -v-                                                          :
                                                                     :       ORDER
JP MORGAN CHASE BANK, NA., and                                       :
SPORTLIFE BRANDS LLC,                                                :
                                                                     :
                        Defendants.                                  :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The conference scheduled for June 21, 2024 on counsel for Plaintiff's motion to withdraw, Dkt. No. 96, is continued to July 3, 2024 at 9:00 AM. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

A representative of Plaintiff is directed to attend the conference. Plaintiff is advised that it is not legally permitted to litigate the case *pro se*, and that withdrawal of counsel may result in a default judgment entered against it or dismissal for failure to prosecute. *See S.E.C. v. Research Automation Corp*, 521 F.2d 585, 589 (2d Cir. 1975) ("It is settled law that a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it pursuant to Rule 55."); *see also Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006), *cert denied*, 549 U.S. 1114 (2007).

Counsel for Plaintiff is directed to provide a copy of this Order to a representative of Plaintiff.

SO ORDERED.

Dated: June 21, 2024
      New York, New York

                                    LEWIS J. LIMAN
                             United States District Judge