USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GENERATION NEXT FASHIONS LTD.,

        Plaintiff,

   -v-

JP MORGAN CHASE BANK, NA., and
SPORTLIFE BRANDS LLC,

        Defendants.

-------------------------------------------------------------------X

21-cv-9266 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court held a status conference at 3:00 PM on September 10, 2024. Counsel for Plaintiff did not appear.

    Defendant may move to dismiss the case for failure to prosecute by October 1, 2024.

    SO ORDERED.

Dated: September 10, 2024
       New York, New York

                                          LEWIS J. LIMAN
                                      United States District Judge